UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: **WILLIAM A. WINSHALL (P22447)**     Misc. No. 10-mc-50081

Petitioner.     HON. AVERN COHN
HON. ROBERT H. CLELAND
HON. ARTHUR J. TARNOW

_____/

## ORDER GRANTING PETITION FOR REINSTATEMENT

This matter is before the Court upon the request of the Petitioner. This Court believes that the petition should be granted.

ACCORDINGLY:

IT IS HEREBY ORDERED that the Petition for Reinstatement is **GRANTED**.

IT IS FURTHER ORDERED that the Petitioner shall reimburse the Attorney Grievance Commission its costs.

_____
Avern Cohn
United States District Judge

_____
Robert H. Cleland
United States District Judge

_____
Arthur J. Tarnow
United States District Court

Copies to:
William A. Winshall, Petitioner
Robert L. Agacinski, Grievance Administrator
Barbara McQuade, U. S. Attorney
Hon. Gerald E. Rosen, Chief Judge
David Weaver, Court Administrator